UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| ROY JENKINS, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:19-CV-00147-SNLJ |
| ) | |
| LIFE INSURANCE COMPANY ) | |
| OF NORTH AMERICA, ) | |
|     Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendant hereby stipulate to the dismissal with prejudice of all claims asserted in this action against Defendant. The parties further stipulate that Plaintiff and Defendant shall bear their own attorney's fees and cost.

Respectfully submitted,

STINSON LLP

By   /s/William E. Hanna
William E. Hanna, MO #39556
Christopher J. Leopold, MO # 51407
1201 Walnut Street, Suite 2900
Kansas City, MO 64106
816.842.8600 ||816.691.3495 [F]
william.hanna@stinson.com
chris.leopold@stinson.com
ATTORNEYS FOR DEFENDANT


By   /s/Michael Moroni
Michael Moroni, MO #36560
P. O. Box 24
Bloomfield, MO 63825
573.568.9085 ||573.568.2133 [F]
michael_moroni1126@yahoo.com
ATTORNEY FOR PLAINTIFF

<u>Certificate of Service</u>

  On November 21, 2019, a copy of the above and foregoing was filed with the Court's ECF system, with service electronically thereby on counsel of record for plaintiff.

                <u>/s/William E. Hanna</u>
                Attorney for Defendant